UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Malibu Media,

              Plaintiff(s),

-against-

Ari Edelson,

              Defendant(s).
------------------------------------x

17 CV 1072 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than March 9, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: March 2, 2020
New York, New York